FILED
CLERK, U.S. DISTRICT COURT

6/15/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CD___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JAVON TROTTER HERNANDEZ,<br><br>　　　　Defendant. | CR No. 2:22-cr-00255-SVW<br><br><u>I N F O R M A T I O N</u><br><br>[18 U.S.C. § 1951(a): Interference with Commerce By Robbery; 18 U.S.C. § 924(c)(1)(A)(ii): Possess, Use, Carry, and Brandish a Firearm in Furtherance of and During and in Relation to a Crime of Violence] |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 1951(a)]

On or about September 14, 2021, in Los Angeles County, within the Central District of California, defendant JAVON TROTTER HERNANDEZ obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce by knowingly and willingly committing robbery, in that defendant HERNANDEZ unlawfully took and obtained property consisting of approximately $8,000 in goods, belonging to Zero's, located at 7801 Melrose Avenue, Los Angeles, California, the inventory of which travels in interstate commerce, from the person and in the presence of an employee of Zero's, against

the employee's will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employee.

COUNT TWO

[18 U.S.C. § 924(c)(1)(A)(ii)]

On or about September 14, 2021, in Los Angeles County, within the Central District of California, defendant JAVON TROTTER HERNANDEZ knowingly used and carried a firearm, namely, a Glock-style, 9mm semi-automatic pistol with unknown manufacturer and bearing no serial number, commonly referred to as a "ghost gun," during and in relation to, and possessed that firearm in furtherance of, a crime of violence, namely, interference with commerce by robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count One of this Information, and, in so doing, brandished that firearm.

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOANNA M. CURTIS
Assistant United States Attorney
Chief, Violent & Organized Crime Section

JEFFREY M. CHEMERINSKY
CLAIRE E. KELLY
Assistant United States Attorneys
Violent & Organized Crime Section